**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**DUSHUN LAWRENCE** **PLAINTIFF**
**#202401919**

**v.** **CASE NO: 3:26-CV-00229-BSM**

**DOES** **DEFENDANT**

**ORDER**

Dushun Lawrence has thirty days to either pay the $405 filing fee or submit an application to proceed without prepaying fees or costs. If he fails to do so, his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). The clerk is directed to send Lawrence an application to proceed *in forma pauperis*, including a calculation sheet, a blank section 1983 form, and a copy of this order.

IT IS SO ORDERED this 6th day of August, 2026.

UNITED STATES DISTRICT JUDGE