**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**DUSHUN LAWRENCE** **PLAINTIFF**
**#202401919**

**V.** **CASE NO. 3:26-CV-00229-BSM**

**DOES** **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 18th day of September 2026.

UNITED STATES DISTRICT JUDGE